**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

TRAVIS R. McPEEK,

      Plaintiff,

vs.

LEE BLANCHARD, et al.,

      Defendants.

No. C13-4080-DEO

**ORDER**

This matter is before the court on the Eighth Circuit Court of Appeals' limited remand to assess and collect the $505.00 appellate filing fee (Doc. No. 41). Plaintiff has submitted an additional certificate of inmate account. Consequently, he is assessed an initial appellate partial filing fee of $10.00, which he is directed to submit to the Clerk's office on or before **November 15, 2015**. *See Henderson v. Norris*, 129 F.3d 481, 484-85 (8th Cir. 1997); *see also* 28 U.S.C. § 1915(b)(1).

In addition, plaintiff is directed to submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $505.00 appellate filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is directed to forward payments from plaintiff's inmate account to the clerk's office each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

The Clerk's office is directed to send a copy of this order and the notice of collection of filing fee to the appropriate official at the place where plaintiff is an inmate.

**IT IS SO ORDERED.**

**DATED** this 28th day of October, 2015.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE

TO:  **WARDEN/ADMINISTRATOR**
     **Woodbury County Jail, Sioux City, Iowa**

## NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Travis R. McPeek, an inmate at your facility, has filed an appeal in the United States District Court for the Northern District of Iowa: *McPeek v. Blanchard et al.*, Case No. C13-4080-DEO. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $505.00 appellate fees. The United States District Court for the Northern District of Iowa has assessed an initial partial filing fee of $10.00, which the inmate must pay now to the clerk of court. 28 U.S.C. § 1915(b)(1); *see also Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). If the inmate currently does not have sufficient funds to pay the initial partial filing fee, you must monitor the account and send payments to the clerk's office according to the system provided in 28 U.S.C. § 1915(b)(2).

Please make the appropriate arrangements to have these fees deducted and sent to the court as required under the statute.

/s/ djs, Deputy Clerk

Robert L. Phelps
U.S. District Court Clerk
Northern District of Iowa